# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael D. Aspinwall | ) | Case No. |
| | ) | 3:24MJ5040 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
2:46 pm Feb 09 2024
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  10/1/2023-2/9/2024  in the county of  Lucas  in the Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §2252(a)(2) | Receipt and/or Distribution of Child Pornography |
| Title 18 U.S.C. §2251 | Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Alex Hunt, SA, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

*Judge's signature*

Date: 02/09/2024

City and state: Toledo, OH

Darrell A. Clay, United States Magistrate Judge
*Printed name and title*